IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SCOTT M. CHESTER, )
)
        Plaintiff, )
)
vs. ) Case No. CIV-16-433-R
)
CAROLYN W. COLVIN, )
Commissioner of the Social )
Security Administration, )
)
        Defendant. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered October 27, 2016. Doc. No. 17. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is REVERSED AND REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 17th day of November, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE